1  MICHELLE B. HEVERLY, Bar No. 178660
   E-mail: mheverly@littler.com
2  TODD K. BOYER, Bar No. 203132
   E-mail: tboyer@litter.com
3  LITTLER MENDELSON
   A Professional Corporation
4  50 W. San Fernando Street, 14th Floor
   San Jose, CA  95113.2303
5  Telephone:   408.998.4150
   Facsimile:    408.288.5686
6
   Attorneys for Defendant
7  SEARS, ROEBUCK AND CO.

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12  ANDREW HENDERSON,              | Case No.  C 06-05522 PJH
13              Plaintiff,          | **JOINT STIPULATION TO ADR PROCESS**
14         v.
15  SEARS, ROEBUCK & CO., INC. doing
    business as SEARS HOME
16  IMPROVEMENT PRODUCTS, and
    DOES 1-10, inclusive,
17
              Defendant.
18

19         The parties stipulate to participate in the following ADR process:

20  **Court Processes:**

21

22  ☐ Arbitration      ☐ ENE       ☐ Mediation       ☒ Settlement Conference

23         The parties select a settlement conference conducted by a magistrate judge or a

24  district judge.

25         The parties agree to hold the ADR session by:

26         ☒      The presumptive deadline (The deadline is 90 days from the date of the order

27  referring the case to an ADR process unless otherwise ordered.)

28

FIRMWIDE:81674470.1 016144.1180                1.                      Case No. C 06-05522 PJH
                              JOINT STIPULATION TO ADR PROCESS

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113 2303
408 998 4150

| | | |
|---|---|---|
| 1 | Dated: 11/29/06 | /s/ William R. Hopkins |
| 2 | | WILLIAM R. HOPKINS |
| | | Attorney for Plaintiff |
| 3 | | |
| 4 | Dated: 11/15/06 | |
| 5 | | TODD K. BOYER |
| | | Attorney for Defendant |
| 6 | IT IS SO ORDERED: | |
| 7 | | |
| 8 | Dated: 12/7/06 | |
| 9 | | HON. PHYLLIS J. HAMILTON |
| | | UNITED STATES DISTRICT JUDGE |

*IT IS SO ORDERED — Judge Phyllis J. Hamilton*

**SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

Pursuant to Civ. L.R. 16 and ADR L.R. 305(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

| | | |
|---|---|---|
| Dated: 11/29/06 | | /s/ Andrew Henderson |
| | | ANDREW HENDERSON |
| | | Plaintiff |
| Dated: 11/29/06 | | /s/ William R. Hopkins |
| | | WILLIAM R. HOPKINS |
| | | Attorney for Plaintiff |
| | | ANDREW HENDERSON |
| Dated: 11/15/06 | | |
| | | MALORY BURNS |
| | | SEARS, ROEBUCK AND CO. |
| | | Defendant |
| Dated: 11/15/06 | | |
| | | TODD K. BOYER |
| | | Attorney for Defendant |
| | | SEARS, ROEBUCK AND CO. |