1  MICHELLE B. HEVERLY, Bar No. 178660
   E-mail: mheverly@littler.com
2  TODD K. BOYER, Bar No. 203132
   E-mail: tboyer@littler.com
3  LITTLER MENDELSON
   A Professional Corporation
4  50 W. San Fernando Street, 14th Floor
   San Jose, CA 95113.2303
5  Telephone:   408.998.4150
   Facsimile:    408.288.5686
6
   Attorneys for Defendant
7  SEARS, ROEBUCK AND CO.

*E-filing*

8
9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11                SAN FRANCISCO DIVISION

12 ANDREW HENDERSON,              Case No. C 06-05522 PJH (BZ)
13         Plaintiff,             STIPULATION TO CONTINUE
                                  SETTLEMENT CONFERENCE
14    v.                          AND [PROPOSED] ORDER

15 SEARS, ROEBUCK & CO., INC. doing   Date:      April 9, 2007
   business as SEARS HOME             Time:      ~~9:00 a.m.~~ 10:00 a.m.
16 IMPROVEMENT PRODUCTS, and          Courtroom: G
   DOES 1-10, inclusive,              Mag. Judge: Honorable Bernard Zimmerman
17
18         Defendant.

19         The parties, by and between their attorneys of record, do hereby stipulate and agree
20 to continue the Settlement Conference currently scheduled for March 6, 2007, at 9:00 a.m., before
21 Magistrate Judge Bernard Zimmerman, in the above-entitled Court, due to the unavailability of
22 Defendant Sears, Roebuck and Co.'s company representative for the settlement conference. The
23 parties agree that the Settlement Conference may be continued to April 9, 2007, at ~~9:00 a.m.~~ 10:00 AM.

24

25 Dated:  February 28, 2007        LAW OFFICES OF WILLIAM HOPKINS
26
27                                  _____
                                    WILLIAM R. HOPKINS
28                                  Attorney for Plaintiff
                                    ANDREW HENDERSON

Firmwide:82068288.1 016144.1180          1.          Case No. C 06-05522 PJH (BZ)
STIPULATION TO CONTINUE SETTLEMENT CONFERENCE AND [PROPOSED] ORDER

| | |
|---|---|
| Dated: February 28, 2007 | LITTLER MENDELSON |
| | */s/* |
| | MICHELLE B. HEVERLY |
| | TODD K. BOYER |
| | Attorneys for Defendant |
| | SEARS, ROEBUCK AND CO. |

-o0o-

### ORDER

Good cause appearing, the Settlement Conference is hereby continued from March 6, 2007 to April 9, 2007, at 10:06 A.M., in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

Each party shall prepare a Settlement Conference Statement, which must be served on opposing counsel and lodged (not faxed) with chambers no later than seven (7) calendar days prior to the conference. Counsel are also ordered to follow the rules outlined in the original Order Scheduling Settlement Conference (ECF Document No. 12) filed on December 12, 2006.

Dated: 28 Feb 08

THE HONORABLE BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE