| | |
|---|---|
| 1 | MICHELLE B. HEVERLY, Bar No. 178660 |
|   | E-mail: mheverly@littler.com |
| 2 | TODD K. BOYER, Bar No. 203132 |
|   | E-mail: tboyer@litter.com |
| 3 | LITTLER MENDELSON |
|   | A Professional Corporation |
| 4 | 50 W. San Fernando Street, 14th Floor |
|   | San Jose, CA  95113.2303 |
| 5 | Telephone:     408.998.4150 |
|   | Facsimile:      408.288.5686 |

Attorneys for Defendant
SEARS, ROEBUCK AND CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW HENDERSON, | Case No.  C 06-05522 PJH (BZ) |
| Plaintiff, | **STIPULATION AND REQUEST TO CONTINUE MANDATORY ADR DEADLINE AND [PROPOSED] ORDER** |
| v. | |
| SEARS, ROEBUCK & CO., INC. doing business as SEARS HOME IMPROVEMENT PRODUCTS, and DOES 1-10, inclusive, | |
| Defendant. | |

The parties, by their attorneys of record, do hereby stipulate and request the Court grant the parties relief from the 90-day court mandated Alternative Dispute Resolution "ADR" deadline so that the parties and the Court may continue the Settlement Conference currently scheduled for March 6, 2007, at 9:00 a.m., before Magistrate Judge Bernard Zimmerman to a date in early to mid-April 2007.  The continuance is necessary due to the unavailability of Defendant Sears, Roebuck and Co.'s company representative for the Settlement Conference on March 6, 2007.  The parties agree that the Settlement Conference may be continued to a date in early to mid-April and request that this Court continue the ADR deadline to April 20, 2007.

* * *

* * *

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA  95113.2303
408.998.4150

Firmwide:82080436.1 016144.1180        1.        Case No. C 06-05522 PJH (BZ)
**STIP. AND REQUEST TO CONTINUE MANDATORY ADR DEADLINE; [PROPOSED] ORDER**

| | |
|---|---|
| Dated: February 26, 2007 | LAW OFFICES OF WILLIAM HOPKINS |
| | |
| | _____ |
| | WILLIAM R. HOPKINS |
| | Attorney for Plaintiff |
| | ANDREW HENDERSON |
| Dated: February 26, 2007 | LITTLER MENDELSON |
| | |
| | _____ |
| | TODD K. BOYER |
| | Attorneys for Defendant |
| | SEARS, ROEBUCK AND CO. |

-o0o-

## ORDER

Good cause appearing, the mandatory ADR deadline is hereby continued until April 20, 2007. The parties shall participate in the Settlement Conference with Magistrate Judge Zimmerman on or before April 20, 2007. IT IS SO ORDERED.

Dated: 3/2/07

_____
THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

Firmwide:82080436.1 016144.1180    2.    Case No. C 06-05522 PJH (BZ)
**STIP. AND REQUEST TO CONTINUE MANDATORY ADR DEADLINE; [PROPOSED] ORDER**

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

# DECLARATION OF COUNSEL REGARDING SIGNATORIES' CONCURRENCE WITH THE ELECTRONIC FILING OF THIS DOCUMENT

I, Todd K. Boyer, hereby declare and state as follows:

1. I am an attorney licensed to practice in the courts of the State of California and the U.S. District Court for the Northern District of California. I am an associate in the law firm of Littler Mendelson, A Professional Corporation, and counsel of record for Defendant Sears, Roebuck and Co.

2. In accordance with U.S. District Court for the Northern District of California, General Order No. 45, I possess an original or reproduced copy of the signatures of all of the signatories to this document listed above, and will maintain the signatures on file for production to the Court, if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I hereby declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct, and that this Declaration was executed on February 27, 2007, at San Jose, California.

                                                       /s/ *Todd K. Boyer*
                                                     TODD K. BOYER

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

Firmwide:82080436.1 016144.1180    3.    Case No. C 06-05522 PJH (BZ)
**STIP. AND REQUEST TO CONTINUE MANDATORY ADR DEADLINE; [PROPOSED] ORDER**