UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDREW HENDERSON,                )
                                 )
          Plaintiff(s),          )     No. C06-5522 PJH (BZ)
                                 )
     v.                          )     **ORDER RE OVERDUE PAPERS**
                                 )
SEARS ROEBUCK & CO. INC.,        )
                                 )
          Defendant(s).          )
_____  )

TO:  Plaintiff and his attorney of record:

On December 12, 2006, you were ordered to lodge a Settlement Conference Statement seven days prior to the conference, which is scheduled for April 9, 2007.  Your statement was due **April 2, 2007.**  It was not received by chambers.

**IT IS HEREBY ORDERED** that if a statement is not lodged by the close of business tomorrow, April 5, 2007, plaintiff and his attorney of record will be sanctioned $100 a day for each day's delay, beginning from the date it was originally due.

Dated: April 4, 2007

_____
                Bernard Zimmerman
           United States Magistrate Judge

G:\BZALL\-REFS\REFS.07\henderson.latepapers.ord.WPD

1