William R. Hopkins SBN 170122
WELLS & HOPKINS, LLP
1628 Tiburon Blvd
Tiburon, CA 94920
(415) 435-5507
(415) 435-5597 (Fax)

Attorney for *Plaintiff*
ANDREW HENDERSON

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW HENDERSON, | Case No.: C 06-05522 PJH |
| Plaintiff | REQUEST FOR DISMISSAL AND ORDER |
| vs. | |
| SEARS, ROEBUCK & CO., IND. Doing business as SEARS HOME IMPROVEMENT PRODUCTS, | |
| Defendants. | |

The Parties hereby Request that this Court Dismiss the entire action with prejudice. The matter settled.

Dated: 5/7/07

WILLIAM R. HOPKINS
ATTORNEY FOR PLAINTIFF

Dated: April 30, 2007

TODD BOYER
LITTLER MENDELSON
ATTORNEYS FOR DEFENDANT

1
Request to Dismiss C 06-05522 PJH

1 | IT IS SO ORDERED;
2 |
3 | _____
4 | HONORABLE JUDGE PHYLLIS J. HAMILTON

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — Judge Phyllis J. Hamilton, 05/10/07]*

2

Request to Dismiss C 06-05522 PJH